```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
JENNIFER MCDONOUGH,                                               :
                                                                  :
                                     Plaintiff,                   :     1:24-cv-7073-GHW
                                                                  :
                       -v-                                        :         ORDER
                                                                  :
AMERIVET SECURITIES, INC.,                                        :
                                                                  :
                                     Defendant.                   :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2024

GREGORY H. WOODS, District Judge:

As stated on the record during the initial pre-trial conference held on December 16, 2024, Defendant's application for an extension of time to answer or otherwise respond to the complaint is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to January 16, 2025.

SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                                       _____
                                                              GREGORY H. WOODS
                                                           United States District Judge